IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | Case No. CR 09-001163-JSW |
|---|---|---|
| | ) | STIPULATION AND [~~PROPOSED~~] |
| Plaintiff, | ) | ORDER FOR CHANGE OF |
| vs. | ) | RESIDENCE AND PERMISSION TO |
| | ) | TRAVEL TO EASTERN DISTRICT |
| ANTHONY LACERDA, et al. | ) | FOR EMPLOYMENT |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS HEREBY ORDERED that ANTHONY LACERDA be permitted to change his place of residence to 35913 Tozier Street, Newark, California, as of June 16, 2010.

It is further ordered that he is permitted to travel to his union hall, Iron Workers Local 378, in Benicia, located in the Eastern District of California for the purposes of employment.

Dated: June 14, 2010

_____
The Honorable Magistrate Judge
JOSEPH C. SPERO
U.S.D.J.

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — Judge Joseph C. Spero]*

STIPULATION AND [PROPOSED] ORDER FOR CHANGE OF RESIDENCE
AND PERMISSION TO TRAVEL TO THE EASTERN DISTRICT FOR EMPLOYMENT
Case No. CR 09-001163-JSW