1  GERI LYNN GREEN (SBN 127709)
   Law Offices of Geri Lynn Green, LC
2  155 Montgomery Street Suite 901
   Sacramento CA 94104
3  Tel: (415) 982-2600
   Fax: (415) 358-4562
4  gerilynngreen@gmail.com

        IN THE UNITED STATES DISTRICT COURT

        FOR THE NORTHERN DISTRICT OF CALIFORNIA

        SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 09-1163 JSW |
| Plaintiff, | |
| v. | STIPULATION AND [PROPOSED] ORDER SETTING CHANGE OF PLEA DATE DATE |
| ANTONIO LACERDA | |
| Defendants. | |

This matter is currently set for status on February 24, 2011, for Antonio Lacerda. Through counsel, Mr. Lacerda has advised the United States that he intends to proceed with the previously commenced entry of a guilty plea. For the reasons set forth herein, defense counsel respectfully requests, and Government counsel does not object that the February 24, 2011, date be vacated and the matter reset for March 4th, March 7th, or March 24th, 2011 for a change of plea. Counsel recognizes that two of the requested dates are dates which would require this Court to specially set this change of plea. For the reasons set forth below and in an effort to promptly resolve this matter, counsel proposes these dates which are not on the Court's regularly scheduled criminal calendar.

Ms. Green is starting a jury trial in the Eastern District of California on Wednesday, February 23, 2011. That trial is scheduled to extend until March 11, 2011. The Court has indicated that it will be dark on Mondays and on March 4, 2011. Furthermore, Ms. Green must leave the continental United States on March 12, 2011, on an unavoidable and unfortunate matter involving a

---

STIPULATION AND PROPOSED ORDER SETTING CHANGE OF PLEA DATE
*United States Of America v. Antonio Lacerda,* Case No. 09-1163 JSW

client who is infirm and requires an early deposition be taken in advance of her impending death. Accordingly, counsel requests that the present matter either be specially set on the dates set forth above, or alternatively set after the conclusion of the matters set forth above.

The parties also request that time be excluded from February 24, 2011, through the date set for the hearing under the Speedy Trial Act on the grounds of continuity of counsel and effective preparation of counsel. This trial and matter calling counsel out of the area is expected to run several weeks and counsel will be unavailable to discuss the plea agreement with and adequately prepare Mr. Lacerda for his change of plea during that time.

SO STIPULATED:

Dated: February 23, 2011

Respectfully submitted,

By _____/s/_____
GERI LYNN GREEN
Attorney for ANTONIO LACERDA


By___/s/_____
DENISE MARIE BARTON
Assistant United States Attorney

STIPULATION AND PROPOSED ORDER SETTING CHANGE OF PLEA DATE
*United States Of America v. Antonio Lacerda,* Case No. 09-1163 JSW

LAW OFFICES OF
GERI L. GREEN

[~~PROPOSED~~ ORDER]

This Court hereby grants the request of the parties and accordingly vacates the February 24, 2011, date for change of plea as to defendant Antonio Lacerda and resets this matter for March 24, 2011, at 2:00 ~~a.m.~~/p.m. for a change of plea.

Based upon the representation of counsel and for good cause shown, the Court finds that failing to exclude the time between February 24, 2011, through March 24, 2011 would unreasonably deny the defendant continuity and effective preparation of counsel, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time from February 24, 2011 through March 24, 2011 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.

Therefore, IT IS HEREBY ORDERED that the time from February 24, 2011 March 24, 2011 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(ii).

February 23, 2011

_____
HONORABLE JEFFREY S. WHITE
United States District Court Judge

STIPULATION AND PROPOSED ORDER SETTING CHANGE OF PLEA DATE
*United States Of America v. Antonio Lacerda,* Case No. 09-1163 JSW