IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
|     Plaintiff, | No. CR 09-01163 JSW |
| v. | **ORDER TO SHOW CAUSE** |
| ANTONIO LACERDA, et al., | |
|     Defendants. | |

The Court has received a letter from L.R. Thomas, Warden, dated July 13, 2011, indicating his request for an extension of time to complete the clinical evaluation and report until September 5, 2011. Accordingly, the Court HEREBY ISSUES this Order to Show Cause why the status conference currently set for July 28, 2011 at 2:00 p.m. should not be continued to an available date after the report is completed. The parties shall file their response in writing by no later than July 26, 2011 at 4:00 p.m.

**IT IS SO ORDERED.**

Dated: July 25, 2011

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE